```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                       CASE NO. 06 B 17078
    EARL J ROGERS
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

        Debtor
    SSN XXX-XX-1420


--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 12/22/2006 and was confirmed 03/21/2007.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

    The case was dismissed after confirmation 07/18/2007.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                             PAID           PAID
--------------------------------------------------------------------------
CITIFINANCIAL AUTO         SECURED                  .00          .00             .00
CITIFINANCIAL AUTO         UNSECURED     NOT FILED               .00             .00
FASTRUCK                   SECURED VEHIC  22750.00               .00          689.01
FASTRUCK                   UNSECURED       3521.09               .00             .00
HSBC AUTO FINANCE          SECURED NOT I    520.59               .00          520.59
HSBC AUTO FINANCE          UNSECURED     NOT FILED               .00             .00
ANGELA BULLOUCK            NOTICE ONLY   NOT FILED               .00             .00
IL DEPT OF HEALTHCARE &    NOTICE ONLY   NOT FILED               .00             .00
ECAST SETTLEMENT CORP      UNSECURED       4858.36               .00             .00
ECAST SETTLEMENT CORP      UNSECURED       1918.99               .00             .00
AFNI/VERIZON WIRELESS      UNSECURED         27.23               .00             .00
IL DEPT OF HEALTHCARE &    NOTICE ONLY   NOT FILED               .00             .00
ILLINOIS DEPT OF REVENUE   PRIORITY      NOT FILED               .00             .00
NORNICE HARRIS             NOTICE ONLY   NOT FILED               .00             .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY      1,758.50                             .00
TOM VAUGHN                 TRUSTEE                                             70.40
DEBTOR REFUND              REFUND                                                .00

    Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                     1,280.00

PRIORITY                                           .00
SECURED                                       1,209.60
UNSECURED                                          .00
ADMINISTRATIVE                                     .00
TRUSTEE COMPENSATION                             70.40
DEBTOR REFUND                                      .00
                          -----------         -----------
TOTALS                      1,280.00          1,280.00

              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 06 B 17078 EARL J ROGERS
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 10/22/07

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE